CLOSED

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Feliciano Mora-Minjares**

Citizen of Mexico

USM#: 72046-208      DOB: 1977

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10462-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A79 797 026

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/23/2007 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FORTY (40) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted      **FINE:** $      **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10462-001M-SD**  Page 2 of 2
*USA vs. Feliciano Mora-Minjares*

Date of Imposition of Sentence: **Monday, July 23, 2007**

_____ Date 7/23/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on_____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____           By:_____
United States Marshal                                          Deputy Marshal
07-10462-001M-SD -

UNITED STATES DISTRICT COURT                                      MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 7/23/2007          CASE NUMBER: 07-10462-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Feliciano Mora-Minjares

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D  Ricardo Gonzalez
                                                LANGUAGE: Spanish
Attorney for Defendant  Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 7/19/07            ☒ Complaint Filed                ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**    ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**         ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the  ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒  ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 40 days   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NUMBER 07-10462M-SD |
| Plaintiff, | |
| vs. | WAIVER OF REMOVAL HEARING |
| FELICIANO MORA-MINJARES | |
| Defendant. | |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 23 day of July, 2007.

X Feliciano Mora
Defendant

Attorney for the Defendant

**UNITED STATES DISTRICT COURT**  **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Yuma**

DATE: 7/21/07          CASE NUMBER: 07-10462M-001

USA vs. Feliciano Mora-Minjares

U.S. MAGISTRATE JUDGE: MARK W REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                            LANGUAGE  Spanish
Attorney for Defendant __
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 7/19/07            ☒ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Defendant Sworn            ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found  ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

---

Other: Appointment of counsel, plea and possible sentence set for 7/23/07 at 2:00 pm before Magistrate Judge Irwin.

                                        Recorded by Courtsmart (2 min)
                                        BY: Angela J. Tuohy
                                        Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Feliciano MORA-Minjares
Citizen of Mexico
YOB: 1977
A79 797 026
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10462 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about March 15, 2006, near Calexico, California in the Southern District of California, Defendant Feliciano MORA-Minjares, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
David Bon
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 21, 2007                                    at              Yuma, Arizona
Date                                                                City and State

James Montgomery, Acting U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Feliciano MORA-Minjares

Dependents: None

**IMMIGRATION HISTORY:**  The Defendant is an illegal alien. The Defendant has a total of ten Apprehensions by Border Patrol.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 10/05/02 | El Centro, CA | Illegal entry | **ORDERED REMOVED** |
| 10/07/02 | El Centro, CA | Assault on Federal Officer | **PLED TO ILLEGAL ENTRY- 30 DAYS JAIL 1 YR SUPERVIED RELEASE** |
| 2/02/06 | San Ysidro, CA | Alien Inadmissibility | **ORDERED REMOVED** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on March 15, 2006.

Charges: 8 USC§1325   (Misdemeanor)

_David Brown_
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 21, 2007_____
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent David Bon, declare under penalty of perjury, the following is true and correct:

Defendant:           Feliciano MORA-Minjares

Dependents:          None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. The Defendant has a total of ten Apprehensions by Border Patrol.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 10/05/02 | El Centro, CA | Illegal entry | ORDERED REMOVED |
| 10/07/02 | El Centro, CA | Assault on Federal Officer | PLED TO ILLEGAL ENTRY- 30 DAYS JAIL 1 YR SUPERVIED RELEASE |
| 2/02/06 | San Ysidro, CA | Alien Inadmissibility | ORDERED REMOVED |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on March 15, 2006.

Executed on: Date___July 21, 2007___   Time:___7:50 AM___
Signed:_____David Bon_____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on March 15, 2006 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date ___7/21/07___  Time ___11:35 am___

Signed:_____ United States Magistrate Judge